Approved as to content. This schedule shall also apply to 3:03cv246.

/s/ CFD 12/9/03

12

2003 JUL 29 A 11:0

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
------------------------------------------------------X
WINDHAM TRADING CORPORATION      :    CIVIL ACTION NO.
                                 :    303 CV 0546 (AWT)
         Plaintiff,              :
                                 :
    V.                           :
                                 :
BARTH and DREYFUSS OF CALIFORNIA, INC. :
                                 :    July 28, 2003
         Defendant.              :
------------------------------------------------------X

### REPORT OF PARTIES' PLANNING MEETING

Date Complaint Filed: March 27, 2003

Date Complaint Served: April 7, 2003

Date of Defendant's Appearance: By Appearance, Corporate Disclosure Statement and Motion for Extension of Time date May 20, 2003

Pursuant to Fed. R.Civ.P. 16(b), 26(f) and D.Conn. L.Civ.R.38, a conference was held on June 23, 2003. The participants were:

Deborah M. Garskof, Esq., for Plaintiff, Windham Trading Corporation
Jonathan Kagan, Esq., for Defendant, Barth & Dreyfuss of California

I. **Certification**. Undersigned counsel certify that, after consultation with their clients, they have discussed the nature and basis of the parties' claims and defenses and any possibilities for achieving a prompt settlement or other resolution of the case and, in consultation with their clients, have developed the following proposed case management plan. Counsel further certify that they have forwarded a copy of the report to their clients.

II. **Jurisdiction**.

A. Subject Matter Jurisdiction: Plaintiff maintains that this case arises under the Trademark Act of 1946, as amended 15 U.S.C. 1051 et seq., and under the copyright laws of the United States,