FILED

2003 JUL 30 P 1:0.

US DISTRICT COURT
HARTFORD CT

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

WINDHAM TRADING CORPORATION

                  PLAINTIFF

VS.

BARTH AND DREYFUSS OF
    CALIFORNIA, INC.[1]

                  DEFENDANT

CIVIL ACTION NO.
3:03cv00546 (AWT)

July 29, 2003

### MOTION TO TRANSFER

Pursuant to D. Conn. L. Civ. R. 40 (b) (1), the defendant Barth and Dreyfuss of California (hereinafter, "B&D") hereby moves that the Court transfer this matter to the docket of the Hon. Christopher F. Droney. B&D has filed this day a motion to consolidate this matter with a first-filed action on Judge Droney's docket, known as *Windham Trading Corporation v. Barth & Dreyfuss of California, Inc.*, civil action no. 3:03cv00226 (CFD). The parties in each action are identical, and the actions involve common questions of law and fact. As such,

[1] Although the defendant is listed as "Barth and Dreyfuss of California, Inc." in the Complaint, its correct legal name is "Barth & Dreyfuss of California".

Denied as moot. So ordered.
1/10/04

2004 JAN 13 A 11:30
U.S. DISTRICT COURT
HARTFORD, CT