FILED

2004 JAN 22 P 2: 27

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| WINDHAM TRADING CORPORATION | CIVIL ACTION NO. |
| --- | --- |
| PLAINTIFF | 3:03 CV 00546 (CFD) |
| VS. | CONSOLIDATED CASES |
| BARTH AND DREYFUSS OF CALIFORNIA, INC.[1] | |
| DEFENDANT | January 22, 2004 |

## MOTION ON CONSENT FOR EXTENSION OF TIME

Pursuant to D. Conn. L. Civ. R. Rule 7 (b) (1) (b), the defendant Barth & Dreyfuss of California (hereinafter, "B&D") hereby respectfully requests that the Court extend the time for it to respond, answer and/or object to:

a. the plaintiff's First Set of Interrogatories and Request for Production dated November 20, 2003 (Fowl Play); and

b. the plaintiff's First Set of Interrogatories and Request for Production dated November 20, 2003 (Leaf Shadow).

---

[1] Although the defendant is listed as "Barth and Dreyfuss of California, Inc." in the Complaint, its correct legal name is "Barth & Dreyfuss of California".

B&D requests additional time to respond to each of such discovery requests, and requests that the Court permit it an extension of seven (7) days, through and including January 29, 2004 to serve its responses, answers and/or objections to such discovery requests. B&D asks for such additional time to permit it to conduct a full investigation of the information sought by the discovery requests and prepare its responses. Additionally, the parties have made significant progress in settlement discussions.

This is the second request for additional time as to discovery issues in this case. Counsel for the plaintiffs has consented to this request.

**WHEREFORE**, the defendant respectfully requests an extension of time of seven (7) days through and including January 29, 2004 to serve its responses, answers and/or objections to:

a. the plaintiff's First Set of Interrogatories and Request for Production dated November 20, 2003 (Fowl Play); and

b. the plaintiff's First Set of Interrogatories and Request for Production dated November 20, 2003 (Leaf Shadow).

THE DEFENDANT
BARTH & DREYFUSS OF CALIFORNIA

By _____
James T. Shearin, Fed. Bar No. ct01326
Peter S. Olson, Fed. Bar No. ct16149
Pullman & Comley, LLC
850 Main Street, P.O. Box 7006
Bridgeport, CT 06601-7006
203.330.2000
Facsimile 203.576.8888
Its Attorneys

and

Jonathon S. Kagan
Irell & Manella LLP
1800 Avenue of the Stars
Los Angeles, CA 90067-4276
310.277.1010
Facsimile 310.203.7199
Visiting Attorney

## CERTIFICATION

Pursuant to Fed. R. Civ. P. Rule 5 (b), I hereby certify that a copy of the above was mailed on January 22, 2004 to all counsel and pro se parties of record.

For the plaintiff WINDHAM TRADING CORPORATION:

Deborah M. Garskof
Ury & Moskow
883 Black Rock Turnpike
Fairfield, CT 06825
203.610.6393
Facsimile 203.610.6399

*[signature]*

James T. Shearin, Fed. Bar No. ct01326
Peter S. Olson, Fed. Bar No. ct16149

BPRT/68846.1/PSO/501560v1

-4-