

GRANTED. It is so ordered.
Christopher F. Droney, U.S.D.J.
Hartford, CT 2/1/04

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| WINDHAM TRADING CORPORATION<br><br>PLAINTIFF<br><br>VS.<br><br>BARTH AND DREYFUSS OF CALIFORNIA, INC.[1]<br><br>DEFENDANT | CIVIL ACTION NO.<br>3:03 CV 00546 (CFD)<br><br>CONSOLIDATED CASES<br><br>January 29, 2004 |



### MOTION ON CONSENT FOR EXTENSION OF TIME

Pursuant to D. Conn. L. Civ. R. Rule 7 (b) (1) (b), the defendant Barth & Dreyfuss of California (hereinafter, "B&D") hereby respectfully requests that the Court extend the time for it to respond, answer and/or object to:

    a.    the plaintiff's First Set of Interrogatories and Request for Production dated November 20, 2003 (Fowl Play); and

    b.    the plaintiff's First Set of Interrogatories and Request for Production dated November 20, 2003 (Leaf Shadow).

---

[1] Although the defendant is listed as "Barth and Dreyfuss of California, Inc." in the Complaint, its correct legal name is "Barth & Dreyfuss of California".