14

Denied w/proof. So ordered.
T.  1/12/04

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| WINDHAM TRADING CORPORATION <br><br> PLAINTIFF <br><br> VS. <br><br> BARTH AND DREYFUSS OF CALIFORNIA, INC.[1] <br><br> DEFENDANT | CIVIL ACTION NO. <br> 3:03cv00226 (CFD) <br><br> CIVIL ACTION NO. <br> 3:03cv00546 (AWT) <br><br> July 29, 2003 |

## MOTION ON CONSENT TO CONSOLIDATE

Pursuant to Fed. R. Civ. P. 42, the defendant Barth and Dreyfuss of California (hereinafter, "B&D") hereby moves that the Court consolidate the two above-captioned matters. The parties in each action are identical, and the actions involve common questions of law and fact. As such, these actions are appropriate candidates for consolidation. A memorandum of law in support hereof is attached hereto.

---

[1] Although the defendant is listed as "Barth and Dreyfuss of California, Inc." in the Complaint, its correct legal name is "Barth & Dreyfuss of California".

FILED 2004 JAN 13 A 7:29
U.S. DISTRICT COURT
HARTFORD, CT